FARREN BRYANT, JR. ( P - 42210 )

CSP-COR-3C01-139

P.O. BOX 3471

CORCORAN, CALIFORNIA 93212

IN PRO PER

FILED

AUG 24 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARREN BRYANT,<br>    PLAINTIFF,<br>vs.<br>M. ATCHLEY, et al.,<br>    DEFENDANTS | CASE NO. 21-cv-01347 EMC<br><br>NOTICE OF ACCEPTANCE OF THE JUDGES RULING TO DISMISS IN PART WITH LEAVE TO AMEND COMPLAINT IN PART. |

TO, THE HONORABLE DISTRICT COURT JUDGE, AND/OR PRESIDING MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA.

    PLAINTIFF, FARREN BRYANT BRINGS FORTH THIS NOTICE OF ACCEPTANCE AS TO THE JUDGES RULING TO DISMISS IN PART WITH LEAVE TO AMEND COMPLAINT IN PART.

    PLAINTIFF FARREN BRYANT, ACCEPTS JUDGE CHEN'S RULING IN WHOLE. THE PLAINTIFF SEEKS NOT TO AMEND HIS COMPLAINT IN REGARDS TO DEFENDANT REVERA.

    PLAINTIFF WAS INFORMED THAT THE CMO WAS THE ONE DENYING PLAINTIFF ACCESS TO A MEDICAL EVALUATION AND HE SEEMS TO NOT EXISTS.

    PLAINTIFF WILL PROCEED WITH HIS COMPLAINT AGAINST DEFENDANT LAM.

    IF THE COURT DEEMS THIS NOTICE APPROPRIATE, OR DEEMS IT NOT CONSTRUCTIVE, PLAINTIFF SEEKS DIRECTION OF THE COURT IN THE MATTER HEREIN.

RESPECTFULLY SUBMITTED,

*Farren Bryant*

EXECUTED ON 8/16/22 , 2022. AT CORCORAN STATE PRISON, CORCORAN, CALIFORNIA.

*FARREN BRYANT*

FARREN BRYANT P42210
CSP-COR/3C01-139
P.O. Box 3471
CORCORAN, CA 93212



SANTA CLARITA CA 913
22 AUG 2022 PM 3 L

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Ave
San Francisco, California 94102

Corcoran State
Prison

94102-34999

**RECEIVED**
AUG 24 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

